UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC, a Texas limited liability corporation, and TERMINAL REALITY, Inc., a Texas corporation<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ACTIVISION BLIZZARD, INC., a Delaware corporation<br><br>    *Defendant*. | CASE NO.: MC19-0070RSL<br><br>[Civil Action No. 3:18-cv-1397-M, pending in the United States District Court for the Northern District of Texas]<br><br>**STIPULATION AND PROTECTIVE ORDER**<br><br>NOTE ON MOTION CALENDAR: JUNE 12, 2019 |

STIPULATION AND PROTECTIVE ORDER

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Plaintiffs Infernal Technology, LLC ("Infernal") and Terminal Reality, Inc. ("Terminal") (collectively "Plaintiffs" or "Receiving Party") and non-party Bungie Inc. ("Bungie"), having met and conferred, submit the following Stipulation and [Proposed] Protective Order, and ask the Court to enter an order consistent with this Stipulation.

WHEREAS, Infernal and Terminal are the Plaintiffs and Activision Blizzard, Inc. ("Activision") is the Defendant in *Infernal Technologies, Inc., et al. v. Activision Blizzard, Inc.*, Civil Action No. 18-cv-1397-M (the "Action"), pending in the United States District Court for the Northern District of Texas (the "Texas Court");

WHEREAS, on February 19, 2019, counsel for Plaintiffs served a subpoena originating from the Action in the United States District Court for the Northern District of Texas directing Bungie to produce copies of confidential, commercially sensitive source code for its Destiny products (herein, referred to as "Highly Confidential Information");

WHEREAS, Plaintiffs and Bungie (together, the "Parties") agree that the United States District Court for the Western District of Washington is the court where compliance is required pursuant to Fed. R. Civ. P. 45 and thus this Court has authority and jurisdiction to enter this Stipulation and Protective Order;

WHEREAS, the parties agree that public dissemination and disclosure of the Highly Confidential Information could injure or damage Bungie or place Bungie at a competitive disadvantage;

WHEREAS, a Protective Order has been entered by the United States District Court for the Northern District of Texas in the Action (Document No. 38) (the "Texas Protective Order");

WHEREAS, Bungie as a third-party seeks protections for its discovery of Highly Confidential Information in addition to those set forth in the Texas Protective Order:

STIPULATION AND PROTECTIVE ORDER  -1-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

WHEREAS, subject to the objections in Bungie's Responses and Objections to the Subpoena to Produce Documents or Permit Inspection, dated March 15, 2019, Bungie will make certain Highly Confidential Information available for inspection or production by the parties' outside counsel subject to additional specific security procedures; and

WHEREAS, the parties agree to the following supplemental restrictions and procedures under Fed. R. Civ. P. 26(c) to protect Bungie's Highly Confidential Information and to provide the parties to the Action reasonably necessary access to that Highly Confidential Information, in addition to those set forth by the Texas Protective Order.

NOW, THEREFORE, counsel for the Parties stipulate and agree as follows:

1. All Bungie source code available for inspection in response to Plaintiffs' subpoena, shall be designated as "RESTRICTED HIGHLY CONFIDENTIAL NON-PARTY SOURCE CODE," subject to the procedures, restrictions and protections of Paragraphs 10-13 of the Texas Protective Order for "RESTRICTED CONFIDENTIAL SOURCE CODE" and the additional procedures, restrictions and protections stated below. "DESIGNATED MATERIAL" as used in the Texas Protective Order shall also include material designated "RESTRICTED HIGHLY CONFIDENTIAL NON-PARTY SOURCE CODE." Bungie Highly Confidential Information shall not be used for any purposes other than the prosecution and defense of the Texas Action and shall not be given, shown, made available, discussed or otherwise communicated in any manner, either directly or indirectly, to any person not authorized to receive the information under the terms of this Stipulated Supplemental Protective Oder.

2. Plaintiffs shall provide Bungie with written notice of intent to inspect Bungie's source code at least five business days in advance of such inspection. Bungie shall make its source code available for inspection in accordance with this Supplemental Protective Order.

3. Bungie will make source code available for inspection in native electronic format at the offices of Wilson, Sonsini, Goodrich, and Rosati, 900 S. Capital of Texas Hwy Las Cimas IV, Fifth Floor, Austin, Texas 78746, subject to the provisions of this Supplemental Protective Order, or at a different location agreed to by the Plaintiffs and Bungie. Unless the Parties agree otherwise, Bungie will load its source code on two non-networked computers that are password protected and maintained in a secure, locked area, in a private room (the "Review Room"). The non-networked computers shall not be connected to a phone line or have wireless or other external electronic access.

4. Unless the Parties agree otherwise, source code inspection may be conducted during normal business hours, 9:00 am to 5:30 pm local time, Monday through Friday (excluding federal holidays). The Receiving Party shall have 60 hours to inspect the source code within a three week period.

5. Bungie shall install the commercially available software tools listed in paragraph 5.a for viewing and searching source code on the source code computer(s) containing source code at the requested date and time of inspection provided, however, that such software tools are in compliance with all of the terms, conditions, and protections herein. Plaintiffs are responsible for the cost of and for obtaining any necessary licenses for any such software tools. Plaintiffs shall provide Bungie with a copy of the software tools listed in paragraph 5.a to facilitate review of the source code at least five business days prior to the commencement of inspection. The software tools provided by Plaintiffs shall not be modified by Bungie prior to or after installation on the source code computer. Use of any input/output device (e.g., USB memory stick, CDs, floppy disk, portable hard drive, etc.) is prohibited while accessing the computer containing the source code. The Receiving Party is permitted to take only handwritten notes, if any, during the source code inspection. No provision of this section gives Bungie the right to inspect or review any handwritten

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

notes or other work product of the Receiving Party. Similarly, no provision of this section limits and/or waives any Bungie rights under the Federal Rules of Civil Procedure or the common law to challenge the propriety of the Receiving Party's designation of material as privileged, work product, or subject to other protection. Furthermore, if Bungie has good cause to believe that the provisions of this Protective Order have been violated, Bungie may request that the Court conduct an in-camera review of said handwritten notes.

      a. SciTools Understand; Microsoft Visual Studio Community Edition; Eclipse IDE; PowerGREP; ExamDiff Pro; Cygwin Shell; Notepad++; Source Navigator; Git; Doxygen; GraphViz

6. Bungie shall provide the receiving Party with information explaining how to start, log on to, and operate the stand-alone computer(s) in order to access the produced Source Code Material on the non-networked computers. The producing Party will produce Source Code Material in computer searchable format on the non-networked computer(s) as described above.

7. Bungie shall be entitled to have one person monitor from outside of the Review Room Plaintiffs' review personnel's actions in the Review Room to ensure compliance with the provisions of this Order governing source code provided, however, that said person shall not be permitted to view the screen of the source code computer(s). The source code inspection may be monitored by Bungie's outside attorneys and/or others working with such counsel in a manner that will not interfere with confidential, privileged or protected communications.

8. No person shall copy, e-mail, transmit, upload, download, print, photograph, cut and paste, or otherwise duplicate any portion of Bungie's Highly Confidential Information designated as "RESTRICTED HIGHLY CONFIDENTIAL NON-PARTY SOURCE CODE", except as follows:

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

a) Unless parties agree otherwise, the non-networked computer(s) shall be connected to a printer provided at the parties' expense with pre-bates labeled paper specific to the Bungie source code. The Receiving Party shall be able to print to the printer and retrieve printed source code on its own, but must use the provided pre-bates labeled paper specific to the Bungie source code. The Receiving Party shall ensure that an adequate amount of paper is reasonably provided.

b) The printed portions of the source code may not be taken from the location of the inspection. Instead, Bungie's outside attorneys will produce a paper copy of the portions of the source code printed during inspection within two business days from Plaintiffs' print requests. The paper copy will be sent by overnight delivery to the Receiving Party's outside counsel at the Receiving Party's expense.

c) Upon inspection, the Receiving Party shall create a Source Code Print/Access Log, tracking the source code printed on a bates-numbered page basis by identifying the product, version and actual file name or by identifying the complete path and file name and shall provide the Source Code Print/Access Log to Bungie within three (3) business days of first printing the code. The Receiving Party shall maintain the Source Code Print/Access Log by further including at least the following information: (i) the identity of the individual making the copies or printing the subject material; (ii) the address at which the prints or copies were made; (iii) the number of prints or copies made, (v) the bates number range of the material being printed or copied; and (vi) the identity of every person who has accessed the source code. The Source Code Print/Access Log shall be retained by outside counsel for the Receiving Party for a period of not less than one year after entry by a federal court of a final judgment from which no appeal (including petition to the Supreme

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Court for a writ of certiorari) has been or can be taken. For the avoidance of doubt, the decision of on appeals court is not final until entry by the court of the mandate ("Final Judgment"). The Receiving Party shall make available the Source Code Print/Access Log to Bungie within three business days of Bungie's request.

d) The Receiving Party shall only print those portions of the source code reasonably necessary for this case, and in no event more than 200 pages per game. All information printed from the printer shall be on 12 point font bearing bate-numbers and the legend "RESTRICTED HIGHLY CONFIDENTIAL NONPARTY SOURCE CODE" and having a header and footer no smaller than one inch each.

e) Any printed pages of source code, and any other documents or things reflecting source code that have been designated by Bungie as "RESTRICTED HIGHLY CONFIDENTIAL NON-PARTY SOURCE CODE" may not be (a) used other than in connection with this Action; (b) copied, digitally imaged or otherwise duplicated, except by outside counsel for the Receiving Party for the sole purpose of creating hard duplicate copies for retention in multiple offices of outside counsel or by the outside experts or consultants contemplated by Paragraph 10 of the Texas Protective Order, for use solely in connection with the Action; and (c) in limited excerpts necessary to attach as exhibits to depositions, expert reports or court filings.

f) Any paper copies designated "RESTRICTED HIGHLY CONFIDENTIAL NONPARTY SOURCE CODE" shall be maintained at all times in a locked and secure location, and shall be stored or viewed only at the following locations: (i) the offices of outside counsel for a Party; (ii) the offices of outside experts or consultants who have been approved to access source code; (iii) the site where any

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

deposition is taken (so long as the persons present are eligible to view RESTRICTED HIGHLY CONFIDENTIAL NON-PARTY SOURCE CODE); (iv) this Court or the Texas Court (in pleading filed under seal or in open court in the presence of only persons eligible to view RESTRICTED HIGHLY CONFIDENTIAL NON- PARTY SOURCE CODE); or (v) any intermediate location necessary to transport the information to a hearing, trial or deposition.

g) The Receiving Party shall not print source code which has not been reviewed on the source code computer, or in order to review the source code elsewhere in the first instance, i.e., as an alternative to reviewing that source code electronically on the source code computer.

9. The Receiving Party may use Highly Confidential Information including source code in connection with the Action as follows: (1) in infringement contentions served in connection with the Action; (2) at a deposition, provided that it will only make as many copies as necessary no earlier than 72 hours prior to such deposition, and only of the specific pages it intends to actually use at the deposition; or (3) in a filing in this Court or the Texas Court in accordance with the terms of this order provided that the Receiving Party notifies Bungie when such filing is made; or (4) in this Court or the Texas Court pursuant to the terms herein.

10. Source Code Material may only be transported by the receiving Party at the direction of a person authorized under paragraph 12 below to another person authorized under paragraph 12 below, on paper via secure and reliable hand carry. Source Code Material may not be transported or transmitted electronically over a network of any kind, including a LAN, an intranet, or the Internet except as provided in paragraph 8(e) above and as necessary to create documents which, pursuant to the Court's rules, procedures and order, must be filed or served electronically.

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

11. Notwithstanding any other provision herein, Bungie's "RESTRICTED HIGHLY CONFIDENTIAL NON-PARTY SOURCE CODE" material shall not leave the geographic boundaries of the continental United States.

12. Only the following individuals shall have access to "RESTRICTED HIGHLY CONFIDENTIAL NON-PARTY SOURCE CODE" material, absent the express written consent of Bungie or further court order:

    a) Outside counsel of record for the parties to the Action, including any attorneys, paralegals, technology specialists and clerical employees of their respective law firms;

    b) Up to four outside experts or consultants, each of which outside expert or consultant shall be pre-approved in accordance with Paragraph 13 below, and specifically identified as eligible to access source code.

    c) This Court or the Texas Court, any court appointed technical advisor or mediator, the jury, court personnel, and court reporters or videographers recording testimony or other proceedings in this action; persons authorized to view source code pursuant to this sub-paragraph shall not retain or be given copies of the source code except while testifying.

    d) Any other person upon order of this Court or the Texas Court.

13. The Receiving Party may designate retained expert consultants (either testifying or non-testifying) ("Consultants") to have access to the Highly Confidential Information under this Protective Order if the consultants are: (i) neither employees of a party nor anticipated to become employees of a party in the near future; and (ii) engaged by or on behalf of a party as bona fide consultants or experts for purposes of this Action. The following procedures shall govern the designation of Consultants under this Protective Order:

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

a) The Receiving Party shall provide Bungie with the following information at least ten days before the Consultant first inspects Highly Confidential Information, unless otherwise agreed by the parties: (i) sufficient information to fully identify the Consultant; (ii) a current resume or curriculum vitae of the Consultant if available; (iii) identification of all current consulting engagements and prior consulting engagements for the prior four years; and (iv) a copy of a completed and signed undertaking in the form attached as Exhibit A to this Stipulated Supplemental Protective Order.

b) Within five business days after receipt of the information and signed undertaking described in subparagraph (a), Bungie may object in good faith in writing to the proposed Consultant if facts available to that party show that there is a reasonable likelihood that the proposed Consultant will use or disclose Bungie's Highly Confidential Information for purposes other than those permitted by this Protective Order. The written objection shall set forth the specific factual basis for the objection. Failure to object in writing to a proposed Consultant within five business days shall not preclude Bungie from objecting to continued access to Highly Confidential Information by a Consultant where facts subsequently learned suggest that an appropriate basis for objection exists.

c) If Bungie so objects, the parties shall meet and confer in good faith in an attempt to resolve their dispute without resort to the Court. If the dispute is not thereby resolved, then the party designating the Consultant may seek a ruling from the Court and shall bear the burden of showing why disclosure should be permitted. Pending a ruling by the Court, the proposed consultant shall not have access to the Highly Confidential Information.

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

14. Any attorney, consultant, witness, or other person associated with Plaintiffs who views any Bungie Highly Confidential Information prior to trial shall not participate, directly or indirectly, in any patent application prosecution, or any post grant review proceeding (including *Inter Partes* Review Proceedings before the Patent Trial and Appeal Board) for the particular technology field at issue in the patents-in-suit (*i.e.,* rendering lighting and shadows in computer graphic simulation) and concerning a patent subject to amendment, nor consult with attorneys or experts participating in any such prosecution or post-grant review proceeding and shall not participate, directly or indirectly, in analysis of patents being considered to be acquired, acquired, exclusively licensed, or purchased by Plaintiffs until at least three (3) years have passed from the conclusion of the Action. For the avoidance of doubt, this provision does not prohibit any attorney, consultant, witness, or other person associated with Plaintiffs who views any Bungie Highly Confidential Information from participating in a post grant reviewing proceeding (including *Inter Partes Review* Proceeding) challenging the patents-in-suit.

15. All persons who have access to information pursuant to this Supplemental Protective Order shall be subject to the jurisdiction of this Court for purposes of enforcing this Supplemental Protective Order.

16. The Parties agree that the provisions of this Stipulated Supplemental Protective Order may be modified by the Court upon a showing of good cause. In the event that a dispute concerning the provisions of this Stipulated Supplemental Protective Order arises between the Parties, the Parties agree to meet and confer within 5 business days of said dispute arising. If, after meeting and conferring, the Parties are unable to resolve their dispute, the Parties agree to jointly seek resolution of the dispute from the Court.

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: June 13, 2019 |

Dated: June 13, 2019

*/s/ Gregory L. Watts*
*/s/ Stephanie L. Jensen*
Gregory L. Watts, WSBA #43995
Stephanie L. Jensen #42042
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
206-883-2500 Fax: 206-883-2699
Email: gwatts@wsgr.com
Email : sjensen@wsgr.com


Jose C. Villarreal
Shyamkrishna Palaiyanur
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746
512-338-5400
Email: jvillarreal@wsgr.com
Email: spalaiyanur@wsgr.com

*Attorneys for Movant*

Dated: June 13, 2019

**BUETHER JOE & CARPENTER, LLC**

*/s/ Michael C. Pomerov*
Michael C. Pomeroy
Eric W. Buether *(Lead Counsel)*
Christopher M. Joe
Michael D. Ricketts
Blake W. Buether
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
214-466-1271 Fax: 214-635-1827
Email: michael.pomeroy@bjciplaw.com
Email: eric.buether@bjciplaw.com
Email: chris.joe@bjciplaw.com
Email: mickey.ricketts@bjciplaw.com
Email: blake.buether@bjciplaw.com


*Attorneys for Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc.*

STIPULATION AND PROTECTIVE ORDER -11-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1    IT IS SO ORDERED.

2

3    Dated this 13th day of June, 2019.

4

5                                          _MM S Lasnik_
                                           Robert S. Lasnik
6                                          United States District Judge

7  *Submitted by:*

8

9
   Gregory L. Watts, WSBA #43995
10 Stephanie L. Jensen, WSBA #42042
   **WILSON SONSINI GOODRICH & ROSATI**
11 Professional Corporation
   701 Fifth Avenue, Suite 5100
12 Seattle, WA 98104-7036
   206-883-2500 Fax: 206-883-2699
13 Email: gwatts@wsgr.com
   Email: sjensen@wsgr.com
14

15
   Jose C. Villarreal
16 Shyamkrishna Palaiyanur
   **WILSON SONSINI GOODRICH & ROSATI**
17 Professional Corporation
   900 South Capital of Texas Highway
18 Las Cimas IV, Fifth Floor
   Austin, TX 78746
19 512-338-5400
   Email: jvillarreal@wsgr.com
20 Email: spalaiyanur@wsgr.com

21

22

23

24

25

26

27

EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC, a Texas limited liability corporation, and TERMINAL REALITY, Inc., a Texas corporation<br><br>*Plaintiffs*,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., a Delaware corporation<br><br>*Defendant*. | CASE NO.: _____<br><br>[Civil Action No. 3:18-cv-1397-M, pending in the United States District Court for the Northern District of Texas] |

**ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND BY PROTECTIVE ORDER**

I, _____ [print or type full name], of _____ hereby affirm that:

Information, including documents and things designated as "Confidential," "CONFIDENTIAL—OUTSIDE COUNSEL ONLY," "Restricted Confidential—Source Code," or "RESTRICTED HIGHLY CONFIDENTIAL NON-PARTY SOURCE CODE" as defined in the Texas Protective Order or this Protective Order (collectively, the "Protective Orders") entered in relation to *Infernal Technology, LLC and Terminal Reality, Inc v. Activision Blizzard, Inc., Civil Action No. 3:18-cv-1397-M*, pending in the United States District Court for the Northern District of Texas (the "Action"), will be provided to me pursuant to the terms and restrictions of the Protective Orders.

-13-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

I have been given a copy of and have read the Protective Orders.

I am familiar with the terms of the Protective Orders and I agree to comply with and to be bound by their terms. I submit to the jurisdiction of this court for enforcement of the Protective Orders.

I agree not to use any Confidential, CONFIDENTIAL—OUTSIDE COUNSEL ONLY, Restricted Confidential—Source Code information, or Restricted Highly Confidential Non-Party Source Code disclosed to me pursuant to the Protective Orders except for purposes of the Action and not to disclose any of this information to persons, other than those specifically authorized by the Protective Orders, without the express consent of the Party who designated the information as confidential or by order of the Court.

I understand that I am to retain all documents or materials designated as or containing Confidential, CONFIDENTIAL—OUTSIDE COUNSEL ONLY, Restricted Confidential—Source Code information, or Restricted Highly Confidential Non-Party Source Code in a secure manner, and that all such documents and materials are to remain in my personal custody until the completion of my assigned duties in this matter, whereupon all such documents and materials, including all copies thereof, and any writings prepared by me containing any Confidential, CONFIDENTIAL—OUTSIDE COUNSEL ONLY, Restricted Confidential—Source Code information, or Restricted Highly Confidential Non-Party Source Code are to be returned to counsel who provided me with such documents and materials.

CITY, STATE WHERE SWORN AND SIGNED:

PRINTED NAME: _____

SIGNATURE:

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699